UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANAHIDIA LEON,

      Plaintiff,

v.                              Case No:  2:18-cv-673-FtM-38CM

INTEGON NATIONAL INSURANCE
COMPANY,

      Defendant.

_____/

## OPINION AND ORDER[1]

This matter is before the Court on review of the file.  Plaintiff Anahidia Leon filed

this insurance-coverage case in Florida state court, and Defendant Integon removed it to

this Court.  The Court then granted Integon's motion to dismiss because Leon lacked

standing, but it gave Leon until November 13, 2018, to file an amended complaint.  (Doc.

9).  The Court notified Leon that it would dismiss the case if she did not timely amend.

To date, Leon has not responded to the Court's order, and the time to do so has expired.

      Accordingly, it is now

      **ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or
websites.  These hyperlinks are provided only for users' convenience.  Users are
cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By
allowing hyperlinks to other websites, this Court does not endorse, recommend, approve,
or guarantee any third parties or the services or products they provide on their websites.
Likewise, the Court has no agreements with any of these third parties or their websites.
The Court accepts no responsibility for the availability or functionality of any hyperlink.
Thus, the fact that a hyperlink ceases to work or directs the user to some other site does
not affect the opinion of the Court.

1. This case is **DISMISSED** for failure to prosecute under Middle District of Florida Local Rule 3.10.

2. The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate any deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of December, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record